IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ISIDORO QUINONEZ and
DIANE QUINONEZ                                          PETITIONERS

        V.                          Civil No. 08-2086

LARRY NORRIS, Director
Arkansas Department of Correction                       RESPONDENT

                            O R D E R

     On this 12th day of March 2009, there comes on for

consideration the report and recommendation filed in this case

on February 11, 2009, by the Honorable James R. Marschewski,

United States Magistrate for the Western District of Arkansas.

(Doc. 15).   No objections were filed to the report and

recommendation.

     The court has reviewed this case and, being well and

sufficiently advised, finds as follows:   The report and

recommendation is proper and should be and hereby is adopted

except to the extent the dismissal will be without prejudice.

Accordingly, Petitioners' 28 U.S.C. § 2254 petition (Doc. 1) is

hereby DISMISSED WITHOUT PREJUDICE for failure to exhaust state

remedies.

     IT IS SO ORDERED.


                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge